# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
                Plaintiff

v.

KIMBERLY C. SPENCER
                Defendant

Civil Action No: 16-00038

## ORDER

AND NOW, this 26th day of January 2016, upon consideration of Plaintiff's Motion which states that notice has been given to all lien holders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1. That the public sale held on October 06, 2016 is hereby confirmed and the interest of all lien holders are divested.

2. That the Marshal is ordered and directed to execute and deliver to Steven H. Sorce, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of KIMBERLY C. SPENCER in and to the premises sold located at 1007 North Market Street, Berwick, PA 18603.

3. The Deed shall be recorded by the Purchaser within thirty (30) days of its delivery to the Purchaser by the Marshal. The Purchaser is solely responsible for payment of all recording charges and expenses.

4. That jurisdiction is retained for such further orders or decrees as may be necessary.

                                                s/Yvette Kane
                                                                     J.