# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**      :<br>    **Plaintiff**                                         :<br>                                                            :<br>**v.**                                                    :<br>                                                            :<br>**KIMBERLY C. SPENCER,**                  :<br>    **Defendant**                                     : | No. 1:16-cv-0038<br><br>(Judge Kane) |

## ORDER

**AND NOW**, on this 10th day of October 2017, upon consideration of Plaintiff's application for disbursement of funds (Doc. No. 24), **IT IS ORDERED THAT** Plaintiff's application for disbursement of funds is **GRANTED**.  **IT IS FURTHER ORDERED THAT** Plaintiff's proposed schedule of distribution is **APPROVED** and shall be entered by the Clerk, and the United States Marshal shall distribute the proceeds of the sale of the property in accordance with the schedule of distribution.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
